## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **Donna Shute Provencher** | § | Case No. 19-50339-cag |
| **Debtor.** | § | |

## JOSEPH MAZZARA'S EXHIBIT AND WITNESS LIST
## FOR JUNE 17TH, 2019, 9:00 A.M. HEARING

| | |
|---|---|
| Case No. 19-50339-cag | Debtor: Donna Shute Provencher |
| **Witnesses**: Mr. Joseph Mazzara, Ms. Donna Shute Provencher | |
| Any witness called or designated by any other party for this Hearing | Judge: Honorable Craig A. Gargotta |
| Any rebuttal or impeachment witnesses, as necessary | Courtroom Deputy/Case Manager – Lisa Elizondo |
| Any person present in the courtroom | Hearing Date: June 17th, 2019 |
| | Hearing Time: 9:00 a.m. |
| | Attorneys' Name: William B. Kingman (attorney for Joseph Mazzara) |
| | Attorneys' Phone & Contact: William B. Kingman (210) 829-1199 bkingman@kingmanlaw.com |
| Joseph Mazzara reserves the right to amend and supplement this list | Nature of Proceeding: Hearing on: Motion of Joseph Mazzara to Lift the Automatic Stay to Allow Lawsuit to Proceed |

| NO.[1] | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| M-1 | Complaint | | | | | | |
| M-2 | Chesterfield General District Court Docket Report | | | | | | |

Respectfully submitted on June 12th, 2019.

Law Offices of William B. Kingman, P.C.
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 829-1199
Facsimile: (210) 821-1114

By: _/s/William B. Kingman_
William B. Kingman, State Bar No. 11476200
**ATTORNEY FOR JOSEPH MAZZARA**

---

[1] Joseph Mazzara's exhibits are designated with a "M" for Mazzara.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served, in accordance with the Federal Rules of Bankruptcy Procedure, via email upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system or via email on this 12th day of June 2019 including the following parties:

Richard L. Ellison
500 Main St, Suite J
Kerrville, TX 78028-5379

John Patrick Lowe
Chapter 7 Trustee
2402 E. Main St.
Uvalde, TX 78801

United States Trustee
615 E. Houston St., Ste. 533
San Antonio, TX 78205

/s/ *William B. Kingman*
William B. Kingman