**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 20, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| Donna Shute Provencher | § | Case No. 19-50339-cag |
| Debtor. | § | |

### ORDER GRANTING MOTION OF JOSEPH MAZZARA TO LIFT THE AUTOMATIC STAY TO ALLOW LAWSUIT TO PROCEED

On June 17, 2019, came on to be heard the Motion of Joseph Mazzara (hereinafter, "Mazzara") to Lift the Automatic Stay to Allow Lawsuit to Proceed ("Motion"). The Court, after considering the Motion, pleadings, evidence, any response thereto and arguments of counsel, finds that the Motion should be GRANTED as follows:

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion of Joseph Mazzara to Lift the Automatic Stay to Allow Lawsuit to Proceed is **GRANTED** and the stay is hereby lifted to allow the litigation known as Case No. GV18005269-00 styled *Joseph Mazzara, Plaintiff v. Donna Provencher, Defendant* and currently stayed in the Chesterfield County General District Court in Virginia's 12th Judicial District to proceed.

IT IS FURTHER ORDERED that the automatic stay is not lifted as to the debtor's bankruptcy estate. Specifically, if the Chapter 7 trustee discovers any assets to be administered and liquidated in this bankruptcy proceeding and Joseph Mazzara obtains a judgment against the debtor in the above-described Chesterfield County, Virginia proceeding, Mr. Mazzara cannot attempt to collect such assets of the bankruptcy estate (other than through distributions by the Chapter 7 Trustee).

IT IS FURTHER ORDERED that the fourteen-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable, and therefore, Mazzara and his agents may immediately comply with this Order.

###

**Submitted by**:
William B. Kingman, SBN 11476200
Law Offices of William B. Kingman, PC
3511 Broadway
San Antonio, TX  78209
(210) 829-1199/Fax: (210) 821-1114
bkingman@kingmanlaw.com
ATTORNEY FOR JOSEPH MAZZARA